# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SHAFFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-2119 (RMC) |
| ) | |
| DEFENSE INTELLIGENCE AGENCY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

Upon consideration of the parties' positions advanced during the status conference held in open Court on February 13, 2013, it is hereby **ORDERED** that:

1. Defendants shall notify the Court no later than February 27, 2013 whether they will provide Plaintiff with access to a secure government computer to prepare his declaration for submission to the Court.

2. Plaintiff shall submit his declaration to Defendants no later than March 13, 2013.

3. Defendants shall complete a classification review of Plaintiff's declaration and return a cleared version, redacted if necessary, no later than April 3, 2013.

4. Defendants shall file a motion for summary judgment no later than April 17, 2013, together with all redacted and unredacted declarations, including an unredacted version of Plaintiff's declaration if applicable.

5. Plaintiff shall file an opposition no later than May 8, 2013.

6. Defendants shall file a reply no later than May 22, 2013.

Date: February 13, 2013                              /s/
                                            ROSEMARY M. COLLYER
                                            United States District Judge