## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ANTHONY SHAFFER,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-2119 (RMC) |
| **DEFENSE INTELLIGENCE AGENCY,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Sealed Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' motion for summary judgment [Dkt. 63] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of Plaintiff with regard to his claim of a right to publish information from his February 15, 2006 testimony before the House Armed Services Committee; and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of Defendants on all other issues; and it is

**FURTHER ORDERED** that Defendants shall file a proposed public version of the Sealed Opinion no later than April 15, 2015.

This is a final appealable Order. *See* Fed. R. App. P. 4.  This case is closed.

Date: March 26, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge